# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ALLEN MCCARTHY<br><br>    Plaintiff,<br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security<br><br>    Defendant. | Case No.: 1:24-cv-00937-SKO<br><br>ORDER GRANTING STIPULATION AND UNOPPOSED MOTION TO EXTEND BRIEFING SCHEDULE<br><br>(Doc. 12) |

Based upon the stipulation of the parties (Doc. 12), and for cause shown, IT IS HEREBY ORDERED that the briefing schedule is amended as follows:

Plaintiff's Brief due: January 3, 2025;

Defendant's Brief due: February 3, 2025;

Plaintiff's optional reply due: February 17, 2025.

IT IS SO ORDERED.

Dated:   **November 7, 2024**                    /s/ *Sheila K. Oberto*
                                                 UNITED STATES MAGISTRATE JUDGE

-1-