MICHELE BECKWITH
Acting United States Attorney
MATHEW W. PILE, WSBN 32245
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MICHAEL J. MULLEN, WSBN 54288
Special Assistant United States Attorney
      6401 Security Boulevard
      Baltimore, Maryland 21235
      Telephone: (206) 615-2748
      E-Mail: michael.j.mullen@ssa.gov
Attorneys for Defendant

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NATHAN ALLEN MCCARTHY,<br><br>    Plaintiff,<br><br>vs.<br><br>MICHELLE KING,<br>Acting Commissioner of Social Security,<br><br>    Defendant.[1] | Case No.: 1:24-cv-00937-SKO<br><br>STIPULATION AND UNOPPOSED MOTION FOR EXTENSION ORDER<br><br>(Doc. 16) |

    Pending the Court's approval, IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for Defendant to respond to Plaintiff's Motion for Summary Judgment be extended thirty (30) days from February 3, 2025, up to and including March 5, 2025. This is the Defendant's first request for an extension.

    The undersigned counsel for Defendant ("Counsel") makes this request in good faith and for good cause. This extension request is necessary due to Counsel's workload. Counsel has four

---

[1] Michelle King became the Acting Commissioner of Social Security on January 20, 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Michelle King should be substituted for Carolyn Colvin as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

briefing deadlines on March 5, 2025, with multiple other case deadlines that same workweek. Although Counsel has worked diligently on this matter and other assigned cases, this extension is necessary. It necessary that Defendant's briefing deadline be extended to March 5, 2025, as requested.

The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

Respectfully submitted,

Dated: January 31, 2025      /s/ Monica Perales*
                              MONICA PERALES
                              Attorney for Plaintiff
                              (*signature authorized via e-mail January 31, 2025)

Dated: January 31, 2025      MICHELE BECKWITH
                              Acting United States Attorney
                              MATHEW W. PILE
                              Associate General Counsel
                              Office of Program Litigation, Office 7

                    By:      /s/ Michael J. Mullen
                              MICHAEL J. MULLEN
                              Special Assistant U.S. Attorney
                              Attorneys for Defendant

### ORDER

Pursuant to the parties' stipulation and unopposed motion, (Doc. 16), and for good cause shown, IT IS SO ORDERED that Defendant shall have an extension of 30 days, to March 5, 2025, to file the Commissioner's responsive brief. All other dates in the Scheduling Order (Doc. 5) are enlarged accordingly.

IT IS SO ORDERED.

Dated:   **February 2, 2025**                    /s/ Sheila K. Oberto

|     |                                    |
| --- | ---------------------------------- |
| 1   |                        UNITED STATES MAGISTRATE JUDGE |
| 2   |                                    |
| 3   |                                    |
| 4   |                                    |
| 5   |                                    |
| 6   |                                    |
| 7   |                                    |
| 8   |                                    |
| 9   |                                    |
| 10  |                                    |
| 11  |                                    |
| 12  |                                    |
| 13  |                                    |
| 14  |                                    |
| 15  |                                    |
| 16  |                                    |
| 17  |                                    |
| 18  |                                    |
| 19  |                                    |
| 20  |                                    |
| 21  |                                    |
| 22  |                                    |
| 23  |                                    |
| 24  |                                    |
| 25  |                                    |
| 26  |                                    |
| 27  |                                    |
| 28  |                                    |